WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE D. FOSS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company,<br><br>  Defendants. | Case No.: 2:21-cv-02157-JAD-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO ANSWER**<br><br>(First Request) |

Plaintiff, Nicole D. Foss ("Plaintiff") and Defendant, Bank of America, N.A. ("Defendant"), by and though their undersigned counsel, hereby move that Defendant shall have up and including January 28, 2022, to answer or otherwise respond to Plaintiff's complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This motion is filed in good faith and not intended to cause delay. This is the parties' first request of an extension of time to answer the complaint by Defendant.

/././

/././

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

**IT IS SO STIPULATED.**

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Kevin L. Hernandez* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Bank of America, N.A.* | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff Nicole D. Foss* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2021