WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE D. FOSS, an individual, | Case No.: 2:21-cv-02157-JAD-DJA |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DIMISS CLAIMS AGAINST BANK OF AMERICA, N.A.** |
| vs. | |
| BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company, | ECF No. 23 |
| Defendants. | |

Plaintiff, Nicole D. Foss ("Plaintiff") and Defendant, Bank of America, N.A. ("Defendant"), by and though their undersigned counsel, hereby move to dismiss Defendant Bank of America, N.A. from this case.

/././

/././

/./.

/./.

/./.

/./.

The parties further agree that each side will bear its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
| /s/ Ramir M. Hernandez | /s/ Kevin L. Hernandez |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, Bank of America, N.A.* | Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff Nicole D. Foss* |

## ORDER

With good cause appearing, IT IS HEREBY ORDERED that the Joint Motion to Dismiss the Claims against Defendant Bank of America **[ECF No. 23] is GRANTED. The claims against Bank of America, N.A. are dismissed**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2022